IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>       Plaintiff,            )<br>                              )<br>   vs.                        )<br>                              )<br> ROBERT RICHARD DELAO,         )<br>                              )<br>       Defendant.             )<br> _____ ) | No. 1:07-CR-00102 OWW<br><br>ORDER MODIFYING SUPERVISED<br>RELEASE |

The above named defendant having been sentenced on September 8, 2008 for a supervised release violation.

IT IS ORDERED that the defendant's supervised release previously ordered on February 12, 2002 is hereby continued and modified to include that the releasee shall participate and complete the residential and out-patient component of the Intensive Out-Patient Program as provided by the Veterans Hospital Administration.  All former orders are to remain in full force and effect.

IT IS SO ORDERED.

**Dated:   September 9, 2008**                    */s/ Oliver W. Wanger*

12/6/06 ordrelease.form

1

1                           UNITED STATES DISTRICT JUDGE

26  12/6/06 ordrelease.form